NATIONWIDE INSURANCE CO. v. TAYLOR

No. 186 PC.

Case below: 55 N.C. App. 76.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.

N.C. EX REL. v. RATE BUREAU

No. 65 P 82.

Case below: 55 N.C. App. --- (8110INS327).

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.

PROPERTY OWNERS ASSOC. v. CURRAN

No. 36 P 82.

Case below: 55 N.C. App. 199.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 March 1982.

PUBLISHING CO. v. HOSPITAL SYSTEM, INC.

No. 162 PC.

Case below: 55 N.C. App. 1.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982.

SMITH v. McRARY

No. 180 PC.

Now No. 91 PA 82.

Case below: 56 N.C. App. 634.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 3 March 1982.